

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-14-00067-CV
_____

LCL LEGACY ENTERPRISES, LLC, APPELLANT

V.

TIM MILLER, APPELLEE

On Appeal from County Court at Law No. 1
Parker County, Texas
Trial Court No. CIV-10-0590; Honorable Jerry Buckner, Presiding

April 9, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before this Court is *Appellant's Motion for Voluntary Dismissal of Appeal.* Without passing on the merits of the case, the motion is granted and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). Having dismissed the appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice